# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-cv-61608-BLOOM/Valle

LIONAL DALTON,

      Plaintiff,

v.

DIAMOND GIRL BEAUTY, INC.,
d/b/a DIAMOND GIRL BEAUTY
SUPPLY,

      Defendant.

_____/

### ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement, ECF No. [14] ("Notice"), filed on September 2, 2016, which indicates that the parties have reached a settlement of the claims asserted in this case.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Final Dismissal on or before **September 16, 2016**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

4. All pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of September, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 16-cv-61608-BLOOM/Valle

Copies to: Counsel of Record